IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JOHN ROLAND,                          )
                                      )
                    Plaintiff,        )
                                      )
vs.                                   )          No.    CIV-16-179-D
                                      )
OKLAHOMA CORRECTIONAL                 )
INDUSTRIES, et al.,                   )
                                      )
                    Defendants.       )


## ORDER TO PLAINTIFF TO CURE DEFICIENCY

The Court is in receipt of the documents Plaintiff tendered in the above referenced

matter.  However, the documents are deficient in the area(s) indicated below:

Motion for Leave to Proceed In Forma Pauperis:

__X__          In forma pauperis motion has not been submitted for filing and/or the filing fee
               has not been filed.

_____          In forma pauperis motion or pauper's affidavit is not on the proper form.

_____          In forma pauperis motion is missing an original signature by the plaintiff.

_____          In forma pauperis motion is missing financial information and/or signature of
               authorized officer of penal institution.

_____          In forma pauperis motion is missing certified copy of the statement(s) of
               plaintiff's institutional account(s) for the six-month period immediately
               preceding this filing.

ACCORDINGLY,  IT  IS  HEREBY  ORDERED  that  Plaintiff  shall  cure  the

deficiencies designated above by the __14th__ day of _____March, 2016.  The Clerk of

the Court is directed to mail to the Plaintiff along with this Order copies of the court-approved *in forma pauperis* and 42 U.S.C. §1983 forms. Otherwise, the Court will recommend dismissal of this action without prejudice and without further notice.

IT IS SO ORDERED this ___25th___ day of _____February, 2016.


GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE