IN THE DISTRICT COURT FOR _Oklahoma_ COUNTY
STATE OF OKLAHOMA


FILED
APR 13 2016
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

_John Roland_ ,  )
    Petitioner  )
vs.  )  Case No. _CIV-16-179-D_
_Oklahoma Correctional_  )
_Industries, et al.,_  )
    Respondent  )

## NOTICE OF CHANGE OF ADDRESS

I, _John Roland_, Petitioner Pro Se hereby notify the clerk of my new mailing address. All notices regarding the case should be sent to me at the address below.

_John J. Roland_
(Signature)

_John J. Roland_
Name (type or print)

_3200 S. Kings Hwy._
Mailing Address

_Cushing_   _Oklahoma_   _74023_
City,   State,   Zip Code

## CERTIFICATE OF MAILING TO PARTIES

I certify that a true and correct copy of the Notice of Change of Address was mailed via U.S. Mail with 1st class postage prepaid this _8_ day of _April_, 20_16_, to _OFFICE OF THE CLERK, United States District Court, Western District of Oklahoma, 200 NW 4th Street, Oklahoma City, Oklahoma 73102-3092_ by depositing it in the U.S. Mail, postage prepaid.

_John J. Roland_
Signature